# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU UNITED HEALTHCARE WORKERS – WEST,<br><br>Petitioner,<br><br>v.<br><br>LOS ROBLES REGIONAL MEDICAL CENTER, a California Corporation; LOS ROBLES REGIONAL MEDICAL CENTER doing business as LOS ROBLES HOSPITAL AND MEDICAL CENTER; LOS ROBLES HOSPITAL AND MEDICAL CENTER,<br><br>Respondents. | CASE NO. 2:12-cv-03579-JAK-(AJWx)<br><br>[~~PROPOSED~~] JUDGMENT GRANTING RESPONDENTS' MOTION FOR SUMMARY JUDGMENT AGAINST PETITIONER<br><br>Date:   October 1, 2012<br>Time:   8:30 a.m.<br>Courtroom:   750 – 7th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the motion for summary judgment of Respondents Los Robles Regional Medical Center, a California Corporation; Los Robles Regional Medical Center d/b/a Los Robles Hospital and Medical Center; and Los Robles Hospital and Medical Center ("Respondents") against Petitioner

1  SEIU United Healthcare Workers – West ("Petitioner") came on regularly for
2  hearing on October 1, 2012, at 8:30 a.m., before the Honorable John A. Kronstadt,
3  U.S. District Court Judge, in Courtroom 750 of the United States District Court,
4  Central District of California, located at 411 West Fourth Street, Santa Ana,
5  California 92701.
6      Paul R. Beshears and Lara E. Unger of FORD & HARRISON LLP appeared
7  on behalf of Respondents.  Yuri Gottesman of WEINBERG, ROGER &
8  ROSENFELD, A PROFESSIONAL CORPORATION appeared on behalf of
9  Petitioner.
10     The Court has considered the pleadings and files in this action, all of the
11 papers and documents filed on behalf of each of the parties herein, and the oral
12 arguments presented at the hearing of the motion.  Satisfactory proof having been
13 made, and good cause appearing therefore:
14     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
15 Petition to Compel Arbitration in this matter was not timely filed and is therefore
16 DENIED.
17     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there is
18 no triable issue of fact with respect to any of the issues upon which the instant
19 motion is based, that Respondents are entitled to summary judgment as a matter of
20 law, and that the motion for summary judgment is GRANTED.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 |     IT IS FURTHER ORDERED that the Petition to Compel Arbitration filed
2 | herein is dismissed with prejudice, that judgment be and hereby is entered in favor
3 | of Respondents, and against Petitioner, and that Respondents are entitled to recover
4 | their costs.
5 |     IT IS SO ORDERED.

Dated: __11/1_____, 2012

_____
HONORABLE JOHN A. KRONSTADT
U.S. DISTRICT COURT JUDGE